**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6617

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROHAN ALEXANDER WALTERS, a/k/a Rohan Williams,
a/k/a Dave,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph Robert Goodwin, District Judge. (2:97-cr-00157-2; 2:04-cv-00758)

Submitted: December 8, 2006          Decided: January 18, 2007

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rohan Alexander Walters, Appellant Pro Se. Gary L. Call, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohan Alexander Walters appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Walters' motion for a certificate of appealability and affirm the denial of Walters' § 3582 motion for the reasons stated by the district court. <u>United States v. Walters</u>, No. 2:04-cv-00758 (S.D. W. Va. Mar. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>